**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2006**

THEODORE WAGNER,

              Plaintiff - Appellant,

        v.

PRESIDENT BARACK OBAMA; ATTORNEY ANN WALSH; JUDGE MICHAEL
DUFFY; UNITED STATES OF AMERICA; PERSONS NAMED AND UNNAMED,
in their Official and Personal Capacity,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   G. Ross Anderson, Jr., Senior
District Judge.  (3:13-cv-00708-GRA)

Submitted:  December 17, 2013      Decided:  December 19, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theodore Wagner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Wagner appeals the district court's orders adopting the magistrate judge's recommendation and dismissing as frivolous his civil complaint, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wagner v. Obama</u>, No. 3:13-cv-00708-GRA (D.S.C. filed May 29, 2013 and entered May 30, 2013; June 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2